The People of the State of New York, Respondent,
against
Ronald Wright, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Heidi C. Cesare, J.), rendered June 5, 2015, convicting him, upon his plea of guilty, of criminal diversion of prescription medications and prescriptions in the fourth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Heidi C. Cesare, J.), rendered June 5, 2015, affirmed.
We agree with defendant that the misdemeanor complaint was jurisdictionally defective with respect to the count of criminal diversion of prescription medications and prescriptions in the fourth degree (see Penal Law § 178.10), because it failed to contain the requisite allegation that defendant transferred, delivered or received prescription medications in exchange for anything of pecuniary value (see Penal Law § 178.00[3]. Nevertheless, the only relief defendant requests is a dismissal of the complaint, and he expressly requests that this Court affirm his conviction if it does not dismiss the complaint. Since dismissal of the remaining charges is not warranted (see e.g. People v Teron, 139 AD3d 450 [2016]), we affirm.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 20, 2017